IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Watkins,                                             Case No. 3:18 CV 847

                Plaintiff,                         REMAND ORDER

      -vs-                                              JUDGE JACK ZOUHARY

Allstate Vehicle & Property Insurance Co.,

                Defendant.

     This Court held a Phone Status on May 14, 2018. Counsel present: Steven Hillman for Plaintiff; Patrick Schomaker for Defendant.

     This Court lacks jurisdiction to hear this matter because complete diversity does not exist. *See Coyne v. Am. Tobacco Co.*, 183 F.3d 488, 492 (6th Cir. 1999). At the time of removal, the City of Toledo was still a party to this action. *See Watkins v. Allstate Ins.*, G-4801-CI-0201801055-00 (Ohio Ct. Cmn. Pl. May 8, 2018). This case is remanded to the Lucas County Court of Common Pleas.

     IT IS SO ORDERED.

                                                              s/ *Jack Zouhary*
                                                             JACK ZOUHARY
                                                             U. S. DISTRICT JUDGE

                                                             May 14, 2018